**Order entered May 10, 2021**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-21-00147-CV**

**SLD, LLP, Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-19-01904**

**ORDER**

Before the Court is appellant's May 5, 2021 second agreed motion to extend time to file its brief. Appellant seeks a sixty-day extension to allow for settlement negotiations.

We **GRANT** the motion and **ORDER** appellant to file either its brief, motion to dismiss, or status report no later than July 9, 2021.

/s/     CRAIG SMITH
        JUSTICE